# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: GREGORY A. KAMMERER & SHERYL D. KAMMERER  Case Number: 05-71202
546 WEST MAIN STREET          SSN-xxx-xx-2189 & xxx-xx-9796
CARY, IL  60013

Case filed on: 3/17/2005
Plan Confirmed on: 5/27/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $43,600.00     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY GARY C FLANDERS | 3,196.49 | 3,196.49 | 3,196.49 | 0.00 |
|  | Total Legal | 3,196.49 | 3,196.49 | 3,196.49 | 0.00 |
| 201 | FORD MOTOR CREDIT COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | GREGORY A. KAMMERER | 0.00 | 0.00 | 1,998.59 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 1,998.59 | 0.00 |
| 001 | FORD MOTOR CREDIT CORP | 5,598.64 | 5,598.64 | 5,598.64 | 354.66 |
| 002 | OCWEN LOAN SERVICING LLC | 8,276.52 | 8,276.52 | 8,276.52 | 0.00 |
|  | Total Secured | 13,875.16 | 13,875.16 | 13,875.16 | 354.66 |
| 001 | FORD MOTOR CREDIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | FINANCIAL RECOVERY SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | NCO FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | TRANSWORLD SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | OPTION CARD/DISCOVER | 9,912.15 | 9,912.15 | 9,912.15 | 628.59 |
| 007 | ROUNDUP FUNDING LLC | 6,328.15 | 6,328.15 | 6,328.15 | 387.23 |
| 008 | ASSOCIATED COLLECTORS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | RESURGENT CAPITAL SERVICES | 4,068.12 | 4,068.12 | 4,068.12 | 248.98 |
| 010 | ALLIED INTERSTATE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 20,308.42 | 20,308.42 | 20,308.42 | 1,264.80 |
|  | Grand Total: | 37,380.07 | 37,380.07 | 39,378.66 | 1,619.46 |

Total Paid Claimant:  $40,998.12
Trustee Allowance:    $2,601.88      Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:   100.00     discharging the trustee and the trustee's surety from any and all
liablility on account of the within proceedings, and closing the estate,
and for such other relief as is just.  Pursuant to FRBP, I hereby
certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2008        By  /s/Heather M. Fagan